Case 9:21-cr-00037-DLC Document 2 Filed 08/05/21 Page

FILED
8/5/2021
Clerk, U.S. District Court
District of Montana
Great Falls Division

**TARA J. ELLIOTT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CHASE NESTEGARD,<br><br>Defendant. | CR 21- 37 -M- DLC<br><br>INDICTMENT<br><br>PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

Between approximately January 30, 2021 and February 3, 2021, in Flathead County, in the State and District of Montana, and elsewhere, the defendant,

1

ROBERT CHASE NESTEGARD, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, ROBERT CHASE NESTEGARD, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____ For

LEIF M. JOHNSON
Acting United States Attorney

_____ For

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

2