IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CHASE NESTEGARD,<br><br>Defendant. | CR 21–37–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 30.) The operative indictment in this case contains a forfeiture allegation, and on October 21, 2021, Mr. Nestegard was adjudged guilty as charged in that indictment. This conviction provides a factual basis and cause to issue a forfeiture order, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED.

IT IS FURTHER ORDERED that Mr. Nestegard's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 924(d):

- Streamlined tactical light (attached to Taurus 9mm pistol);

- One .223 round;

- Representative ammunition samples from Honda Fit Nestegard was arrested in: three 9mm cartridges;

1

- Representative ammunition samples from Honda Fit Nestegard was arrested in: two .223 cartridges;
- Representative ammunition samples from Honda Fit Nestegard was arrested in: four 12 gauge cartridges;
- "Hesters 9" 12 gauge rubber buckshot cartridge;
- Five 12 gauge shotgun cartridges from shell carrier attached to Mossberg 500 shotgun;
- Taurus G3 magazine with eight 9mm ammunition rounds;
- Walther magazine with fourteen 9mm ammunition rounds;
- Blacke Molle plate carrier with Spartan Armor Systems trauma plate;
- Shell carrier and nylon strap (attached to Mossberg shotgun);
- Mossberg, Model 500, 12 gauge shotgun, Serial Number T470620 (shell carrier and nylon strap attached);
- Optic, sling, nylon bag (attached to American Tactical .223 rifle);
- American Tactical, Model AR-15 rifle, caliber .223, Serial Number NS022174 (optic, sling, nylon bag attached);
- Taurus, Model G3, 9mm pistol, Serial Number ABL155928 (Streamlight tactical light attached);
- Walther, Model PPS, 9mm pistol, Serial Number AQ0399;
- Box of 20 Tulammo 7.62 x 39 mm rounds;

- One 7.62 shell casing; and

- One 7.62 shell casing.

IT IS FURTHER ORDERED that the FBI, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Marine Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, and the foregoing preliminary order of forfeiture is incorporated into any judgment issued against Mr. Nestegard, pursuant to Rule 32.2(b)(4)(B) of the Federal Rules of Criminal Procedure.

DATED this 21st day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court