IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CHASE NESTEGARD,<br><br>Defendant. | CR 21–37–M–DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 38.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on October 21, 2021. (Doc. 34.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 35.)

4. An individual identified as a rightful owner and not prohibited from owning a firearm, Andres Michael Russell, has filed a claim for one item of

1

forfeiture, the Walther, Model PPS, 9mm pistol, Serial Number AQ0399 firearm. (Doc. 37.)

5. It appears there is cause to issue a forfeiture order for the property listed within this Order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 38) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Streamlined tactical light (attached to Taurus 9mm pistol);
- One .223 round;
- Representative ammunition samples from Honda Fit Nestegard was arrested in: three 9mm cartridges;
- Representative ammunition samples from Honda Fit Nestegard was arrested in: two .223 cartridges;
- Representative ammunition samples form Honda Fit Nestegard was arrested in: four 12 gauge cartridges;
- "Hesters 9" 12 gauge rubber buckshot cartridge;

- Five 12 gauge shotgun cartridges from shell carrier attached to Mossberg 500 shotgun;

- Taurus G3 magazine with eight 9mm ammunition rounds;

- Walther magazine with fourteen 9mm ammunition rounds;

- Blacke Molle plate carrier with Spartan Armor Systems trauma plate;

- Shell carrier and nylon strap (attached to Mossberg shotgun);

- Mossberg, Model 500, 12 gauge shotgun, Serial Number T470620 (shell carrier and nylon strap attached);

- Optic, sling, nylon bag (attached to American Tactical .223 rifle);

- American Tactical, Model AR-15 rifle, caliber .223, Serial Number NS022174 (optic, sling, nylon bag attached);

- Taurus, Model G3, 9mm pistol, Serial Number ABL155928 (Streamlight tactical light attached);

- Box of 20 Tulammo 7.62 x 39 mm rounds;

- One 7.62 shell casing; and

- One 7.62 shell casing.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

4. The Walther, Model PPS, 9mm pistol, Serial Number AQ0399 shall be returned to Andres Michael Russell at the conclusion of this case.

DATED this 24th day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court